IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LYNN LOOK, JR.,

        Plaintiff,

v.                                               Civil Action No. 3:16-CV-00057-JAG

CSC SERVICEWORKS, INC.,

        Defendant.

## ORDER

This matter comes before the Court on the parties' consent motion to stay proceedings to allow for arbitration. (Dk. No. 4.) Instead of staying these proceedings indefinitely, the Court DISMISSES this case WITHOUT PREJUDICE, which allows the plaintiff leave to refile what he can within the confines of the parties' arbitration agreement. Both of the parties agree to this resolution. Accordingly, the Court DENIES the motion to stay as MOOT, and DISMISSES the case WITHOUT PREJUDICE.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 1, 2016
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge